UNITED STATES DISTRICT COURT

FOR THE

Southern District of New York

| | | |
|---|---|---|
| PAUL REYES and MIGUEL ANGEL REYES, individually and on behalf of others similarly situated, | ) ) ) | ECF Case: 20-CV-05452-VSB |
| *Plaintiffs*, | ) ) | |
| -against- | ) ) | |
| HEALTHY FRESH JUICE, INC. (d/b/a HEALTHY FRESH), JAIME BAEZA, and IVAN ZUNIGA, | ) ) ) | |
| *Defendants.* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Honorable Court, and I appear in this case as counsel for: HEALTHY FRESH JUICE, INC. (d/b/a HEALTHY FRESH), JAIME BAEZA, and IVAN ZUNIGA. I respectfully demand that all papers in the this case be served upon the undersigned as indicated below.

Dated:  August 10, 2020

                                                                                    *[signature]*
                                                                                    Johnnie Woluewich, Esq.
                                                                                    984 Morris Park Avenue
                                                                                    Bronx, New York 10462
                                                                                    (212) 335-0696 – Phone
                                                                                    (212) 202-5018 – Fax
                                                                                    jwoluewich@gmail.com