UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL REYES and MIGUEL ANGEL REYES,   )   Docket: 20-CV-05452-VSB
individually and on behalf of others similarly situated,   )
   )   STIPULATION EXTENDING
              Plaintiffs,   )   TIME TO ANSWER COMPLAINT
   )
             -against-   )
   )
HEALTHY FRESH JUICE, INC. (d/b/a HEALTHY   )
FRESH), JAIME BAEZA, and IVAN ZUNIGA,   )
   )
             Defendants.   )
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in the instant action, that the time for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint, be, and hereby is, extended until Friday, September 18, 2020.

Defendants hereby acknowledge service of said Complaint and waive any personal jurisdictional defects related thereto.

Dated:  Bronx New York
        August 13, 2020

_____      _____
Clela A. Errington, Esq.                            Johnnie Woluewich, Esq.
Michael Faillace & Associates P.C.            Attorney for Defendants
Attorneys for Plaintiffs                            984 Morris Park Avenue
60 East 42nd Street Suite 4510                Bronx, New York 10462
New York, NY 10165